**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. TDC-15-1220 |
| JOHN DOE, subscriber assigned IP address | * | |
| 173.79.24.132 | | |
| | * | |
| Defendant | | |
| | * | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION TO
QUASH SUBPOENA**

Defendant, identified as John Doe, subscriber assigned IP address 173.79.24.132, respectfully requests that the Court grant an extension of time up to and including August 14, 2015 within which to file a Motion to Quash the subpoena issued to Verizon, a copy of which is attached as Exhibit 1. In support of this Motion, Defendant would refer this Honorable Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

ANDERSON & QUINN, LLC

_____/s/_____

Robert P. Scanlon, #03670
Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
rscanlon@andersonquinn.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2015, a copy of the foregoing was served electronically on:

Jon A. Hoppe, Esquire, #6479
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane, Suite 105
Largo, Maryland 20774

/s/
_____
Robert P. Scanlon, #03670